**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| SHAUN FAULEY, individually and as the representative of a class of similarly-situated persons, ) ) ) ) Plaintiff, ) ) v. ) ) BIO HEALTH SOLUTIONS, LLC. and ) JOHN DOES 1-10, ) ) Defendants. ) | No. 1:15-cv-02544 <br><br> Hon. Samuel Der-Yeghiayan <br><br> Magistrate Hon. Daniel G. Martin |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, SHAUN FAULEY, and Defendant, BIO HEALTH SOLUTIONS, LLC., through their undersigned attorneys, hereby stipulate to the dismissal of this action with prejudice, class allegations without prejudice, each side to bear its own costs.

| | |
|---|---|
| s/Brian J. Wanca | s/Ari N. Rothman |
| Brian J. Wanca | Ari N. Rothman |
| | |
| Brian J. Wanca | Ari N. Rothman |
| Anderson + Wanca | Venable LLP |
| 3701 Algonquin Rd., Suite 760 | 575 7th Street, NW |
| Rolling Meadows, IL 60008 | Washington, DC 20004 |
| Telephone: 847-368-1500 | Telephone: 202-344-4000 |
| Fax: 847-368-1501 | Fax: 202-344-8300 |
| bwanca@andersonwanca.com | anrothman@venable.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 29, 2015, I electronically filed the foregoing Joint Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

                                                /s/ Brian J. Wanca